

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00041-CV

IN RE DWIGHT RAY HILL                                                    RELATOR

-----------

ORIGINAL PROCEEDING

-----------

### MEMORANDUM OPINION[1]

-----------

The court has considered relator's petition for writ of habeas corpus and is of the opinion that the petition should be dismissed. Accordingly, relator's petition for writ of habeas corpus is dismissed.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and MEIER, JJ.


DELIVERED:  February 20, 2014

---

[1]See Tex. R. App. P. 47.4, 52.8(d).